

**07 CV 3717**

199-07/MEU
FREEHILL HOGAN & MAHAR, LLP
Attorneys for Plaintiff
SINOCHEM SHIPPING CO., LTD.
80 Pine Street
New York, NY 10005
Telephone: (212) 425-1900 / Facsimile: (212) 425-1901
Michael E. Unger (MU 0045)
Manuel A. Molina (MM1017)

RECEIVED
MAY 10 2007
U.S.D.C. S.D.N.Y.
CASHIERS

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
SINOCHEM SHIPPING CO., LTD.,

                 Plaintiff,

-against-

P.T. PERMATA HIJAU SAWIT and VIRGOZ
OILS & FATS PTE. LTD.,

                 Defendants.
------------------------------------------------------------x

07 CIV _____ (     )

**RULE 7.1 STATEMENT**

     SINOCHEM SHIPPING CO., LTD., by and through its undersigned attorneys Freehill Hogan & Mahar, LLP, and pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, certifies that it is a private (non-governmental) party, has no corporate parents, and that no publicly-held corporation in the United States owns 10% or more of the stock of the company.

Dated: New York, New York
       May 10, 2007

                       FREEHILL HOGAN & MAHAR, LLP
                       Attorneys for Plaintiff
                       SINOCHEM SHIPPING CO.

By: _____
     Michael E. Unger (MU 0045)
     Manuel A. Molina (MM 1017)
     80 Pine Street
     New York, NY 10005
     (212) 425-1900 / (212) 425-1901 fax

NYDOCS1/281606.1