199-07/MEU
FREEHILL HOGAN & MAHAR, LLP
Attorneys for Plaintiff
SINOCHEM SHIPPING CO. LTD.
80 Pine Street
New York, NY 10005
Telephone: (212) 425-1900 / Facsimile: (212) 425-1901
Michael E. Unger (MU 0045)



USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/7/07

RECEIVED
DEC - 6 2007
CHAMBERS OF
JUDGE JOHN G. KOELTL

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
SINOCHEM SHIPPING CO. LTD.,

                 Plaintiff,

- against -

P.T. PERMATA HIJAU SAWIT and VIRGOZ
OILS & FATS LTD.,

                 Defendant.
-----------------------------------------------------------x

07cv3717 (JGK)

**ORDER OF DISCONTINUANCE
OF ACTION
AND RELEASE OF FUNDS**

This action having been commenced on May 10, 2007 by filing of the Verified Complaint, and the Court having issued an Order Directing the Clerk To Issue a Process Of Maritime Attachment and Garnishment on the same day; and

The Process having been served by Plaintiff upon various garnishee banks and funds in the amount of $26,435.00 having been restrained at The Bank of New York; and

The Court having been advised that the parties have now settled their disputes; and

The Defendants not having answered or otherwise appeared in this action;

NYDOCS1/294738.1

**IT IS HEREBY ORDERED** that this action be discontinued with prejudice and without costs as to either party; and

**IT IS FURTHER ORDERED** that all funds which have been restrained pursuant to the Process of Maritime Attachment and Garnishment authorized by this Court be remitted to Defendant PT Permata pursuant to the below wire transfer instruction:

| | |
|---|---|
| Name: | PT PERMATA HIJAU SAWIT |
| Address: | Jalan Sultan Iskandar Muda No. 107 |
| | Medan, 20154 |
| | Indonesia |
| Bank Name: | CITIBANK N.A. MEDAN |
| Account No.: | 03-0001-5506 |
| Swift Code: | CITIIDJX |
| Corresp. Bank: | CITIBANK N.A. NEW YORK, USA |
| Swift Code: | CITIUS33 |

**IT IS FURTHER ORDERED** that this action be subject to being reopened within thirty (30) days if the restrained funds have not been received by the Defendants.

Dated: New York, New York
       December 6, 2007

"SO ORDERED"

Hon. John G. Koeltl, U.S.D.J.